

**ORDERED in the Southern District of Florida on April 5, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No.: 12-35711-BKC-JKO
                                                                Chapter 7
RONALD A. SUGG
SS# XXX-XX-6010

_____Debtor._____/

**ORDER GRANTING TRUSTEE, SCOTT N. BROWN'S
FOURTH AGREED *EX PARTE* MOTION TO ENLARGE TIME
TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS
AND TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

**THIS CAUSE** having come before the Court upon *Trustee, Scott N. Brown's Fourth Agreed Ex Parte Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions and to File Complaint Objecting to Debtor's Discharge* (ECF No. 38)(the "Motion"), and the Court, having reviewed the Motion and the file, having noted the agreement of the parties, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Motion is granted.

Case No. 12-35711-BKC-JKO

2.	The Court finds that cause exists to enlarge the time for the Trustee to file: (a) objections to the Debtor's claimed exemptions; and (b) a complaint objecting to the Debtor's discharge.

3.	The deadline for Scott N. Brown, Trustee to file: (a) objections to the Debtor's claimed exemptions; and (b) a complaint objecting to the Debtor's discharge, shall be enlarged up to and including May 3, 2013.

###

Submitted By:

Scott N. Brown, Esquire
TABAS, FREEDMAN, SOLOFF, BROWN & RIGALI, P.A.
Attorneys for Scott N. Brown, Trustee
14 N.E. First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
Scott@tabasfreedman.com

Copy furnished to:
Scott N. Brown, Esquire
Attorney Scott N. Brown is hereby directed to serve a copy of this Order immediately upon receipt on all interested parties.